THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:

TIMOTHY J DONAHUE, JR and
MICHELLE F DONAHUE
                Debtor(s)

)
)
)
)
)
)
)
)
)
)

CHAPTER 13
CASE NO: 09-54581

MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

TRUSTEE'S MOTION TO
DISMISS DUE TO FAILURE OF
DEBTOR(S) TO MAKE PLAN
PAYMENTS

---

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

    Now comes Keith L. Rucinski, the Chapter 13 Trustee, and requests an order of dismissal of the above mentioned Chapter 13 Plan due to the following:

1. Debtor(s) has/have not been making his/her/their Chapter 13 Plan payments as ordered.

2. The case was filed on **10/08/2009**.

3. The monthly Plan payments are $**252.00**.

4. As of this date, the payments into the Plan should total **$1,764.00**.

5. As of this date, the payments into the Plan total **$1,260.00**.

6. As of this date, the arrearages total is **$504.00**.

7. The last payment was received on **March 11, 2010.**

### NOTICE TO ATTORNEYS

   \*\***Pursuant to this Court's Administrative Order 00-4, attorneys are required to file a notice of no opposition or a notice of inability to communicate with the debtor(s).**

   **In the alternative, attorneys may contact Holly Byler, at the Chapter 13 Trustee's Office at 330.762.6335 ext. 225 or hbyler@ch13akron.com at least 2 days prior to the scheduled Court hearing to resolve this motion.**

   **If attorneys do not file a response or contact the Chapter 13 Office, attorneys are required to appear at any Court hearing on this matter. \*\***

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: krucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to:

| | |
|---|---|
| TIMOTHY J DONAHUE, JR 1407 GREENSBURG ROAD UNIONTOWN, OH 44685 (Via Regular mail) | MICHELLE F DONAHUE 1407 GREENSBURG ROAD UNIONTOWN, OH 44685 (Via Regular Mail) |

Y. ERIC HOLTZ, ESQ(via ECF)

Keith L. Rucinski, Chapter 13 Trustee(via ECF)

Office of the US Trustee(via ECF)

Date of Service: **6/29/2010**     By: **Holly Byler**
                                     Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com