## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|  | ) | CASE NO: 09-54581 |
| TIMOTHY J DONAHUE, JR | ) |  |
| MICHELLE F DONAHUE | ) | MARILYN SHEA-STONUM |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
|  | ) |  |
|  | ) | WITHDRAWAL OF TRUSTEE'S |
|  | ) | MOTION TO DISMISS |

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby withdraws his motion, filed on or about **June 29, 2010,** to dismiss this Chapter 13 proceeding.

The Trustee states that the motion to dismiss is being withdrawn as the Trustee **has received payment**.

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: krucinski@ch13akron.com

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been sent to:

TIMOTHY J DONAHUE, JR          MICHELLE F DONAHUE
1407 GREENSBURG ROAD           1407 GREENSBURG ROAD
UNIONTOWN, OH 44685            UNIONTOWN, OH 44685
(Via Regular Mail)             (Via Regular Mail)

Y. ERIC HOLTZ, ESQ(via ECF)

Keith L. Rucinski, Chapter 13 Trustee(via ECF)

Office of the US Trustee(via ECF)

Date of Service: **8/20/2010**          By: **Holly Byler**
                                        Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com